# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2019

159338 & (17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAX HENRY OOM,
      Defendant-Appellant.

_____/

SC: 159338
COA: 346557
Emmet CC: 17-004525-FH;
17-004621-FH

On order of the Court, the motion to amend claims is GRANTED. The application for leave to appeal the January 25, 2019 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the Emmet Circuit Court erred by assigning 10 points to Offense Variable (OV) 14. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2019



Clerk

b0917